# IN THE UNITED STATES DISTRICT COURT
## For The
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 1:16-po-00149-SAB |
| Plaintiff, ) | |
| v. ) | **DEFENDANT'S STATUS REPORT ON** |
| ) | **UNSUPERVISED PROBATION** |
| GERARDO ORTIZMENDOZA, ) | |
| Defendant. ) | |

PURSUANT to an order of this Court the Defendant hereby submits his status report on unsupervised probation:

| | |
|---|---|
| **Convicted of:** | Reckless Driving, in violation 36 CFR § 261.54(f) |
| **Sentence Date:** | August 19, 2016 |
| **Review Hearing Date:** | September 7, 2017 |
| **Probation Expires On:** | August 17, 2018 |

### *CONDITIONS OF UNSUPERVISED PROBATION:*

☒ **Obey all federal, state and local laws**; and

☒ **Monetary Fines & Penalties in Total Amount of:** $1,030 ($1,000 fine; $5 special assessment; $25 processing fee, to be paid in $60 monthly installments)

☒ **Other Conditions:** Attend and complete traffic school by 2/16/17.

### *COMPLIANCE:*

☒ Defendant has complied with and completed <u>all</u> conditions of probation described above.

**Otherwise:**

☐ Defendant has not been arrested, cited or charged with any federal, state or local criminal offenses since being placed on probation by this Court.

☐ To date, Defendant has paid a total of
  ☐ If not paid in full when was last time payment:    Date:
                                                         Amount:

☐ Compliance with Other Conditions of Probation:

### *GOVERNMENT POSITION:*

☒ The Government agrees to the above-described compliance.

☐ The Government disagrees with the following area(s) of compliance:

Government Attorney:

*//s// Darin Rock*
Darin Rock
Special Assistant United States Attorney

***DEFENDANT'S REQUEST (OPTIONAL):***

In light of the information detailed in this status report, the defendant moves for the following:

☒ that the review hearing set for 9/7/2017 at 10:00 a.m.

    ☐ be continued to _____ at 10:00 a.m.; or

    ☒ be vacated.

DATED: 8/22/2017      */s/ Andrew Wong*
    DEFENDANT'S COUNSEL

# O R D E R

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☒      GRANTED. The Court orders that the Review Hearing be vacated.

☐      DENIED.

IT IS SO ORDERED.

Dated: **August 23, 2017**

UNITED STATES MAGISTRATE JUDGE